**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| SHERMAN SMITH, on behalf of himself and all others similarly situated,<br><br>   Plaintiff<br><br> v.<br><br>UNITED CONSUMER FINANCIAL SERVICES COMPANY, a Delaware Corporation, and DOES 1 through 50, inclusive, and each of them,<br><br>   Defendant, | Case No. 5:16-cv-02142-JGB (KK)<br><br>Assigned to<br>Honorable Jesus G. Bernal |
| UNITED CONSUMER FINANCIAL SERVICES COMPANY, a Delaware Corporation,<br><br>   Counterclaimant,<br><br> v.<br><br>SHERMAN SMITH<br><br>   Counterdefendant. | |

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE UNDER RULE 41(a)(1)(A)(ii)**

IT IS HEREBY JOINTLY STIPULATED AND AGREED by and between Plaintiff and Counterclaim Defendant, SHERMAN SMITH and Defendant and Counterclaimant UNITED CONSUMER FINANCIAL SERVICES COMPANY, under FED. R. CIV. P. 41(a)(1)(A)(ii), that all pending claims and counterclaims in this action are

/ / /

/ / /

/ / /

NAI-1502702066v1

dismissed, with prejudice, and with each party bearing its own costs and fees.

RESPECTFULLY SUBMITTED BY THE PARTIES

Dated: May 11, 2017

**FOR PLAINTIFF**

By: /s/ John P. Kristensen

John P. Kristensen (SBN 224132)
David L. Weisberg (SBN 211675)
**KRISTENSEN WEISBERG, LLP**
12304 Santa Monica Blvd., Suite 100
Los Angeles, CA 90025
Phone: 310-507-7906
Fax: 310-507-7906
E-Mail:
john@kristensenlaw.com

david@kristensenlaw.com

Jarrett L. Ellzey (*Pro Hac Vice*)
**HUGHES ELLZEY, LLP**
2700 Post Oak Blvd., Suite 1120
Houston, TX 77065
Phone: 713-554-2377
Fax: 888-995-3335
E-Mail:
jarrett@hughesellzey.com

**FOR DEFENDANT**

By: /s/ Michael S. McCauley
_____
Michael S. McCauley (SBN 186537)
Jason C. Wright (SBN 261471)
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071.2300
Phone: 1+213-489-3939
Fax: 1+213-243-2539
Email: msmccauley@jonesday.com
jcwright@jonesday.com

NAI-1502702066v1

- 2 -

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Kristensen Weisberg, LLP, 12540 Beatrice Street, Suite 200, Los Angeles, California 90066. The foregoing document was served via ECF on all parties and their attorneys of record in case number 5:16-cv-02142-JGB-KK entitled SHERMAN SMITH V. UNITED CONSUMER FINANCIAL SERVICES COMPANY, ET AL.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Los Angeles, California on Thursday, July 06, 2017.

*/s/ Neil Ortlani*
Neil Ortlani